*C. Harold Hughes,* Assistant Attorney General, and *John F. Eberhardt* for respondent.

No. 343.  KARRELL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  *John W. Preston* for petitioner.  *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 341.  SMITH ET AL. *v.* FLORENCE-MAYO NUWAY CO. ET AL.  C. A. 4th Cir.  Certiorari denied.  *Clarence M. Fisher* and *W. Brown Morton* for petitioners.  *J. Hanson Boyden* and *Bernard F. Garvey* for respondents.

No. 354.  CALIFORNIA STATE BOARD OF EQUALIZATION *v.* GOGGIN, RECEIVER IN BANKRUPTCY.  C. A. 9th Cir.  Certiorari denied.  *Fred N. Howser,* Attorney General of California, *Walter L. Bowers,* Assistant Attorney General, and *James E. Sabine* and *Edward Sumner,* Deputy Attorneys General, for petitioner.

No. 361.  SIMMS ET AL. *v.* COUNTY OF LOS ANGELES ET AL.  Supreme Court of California.  Certiorari denied.  *W. Sumner Holbrook, Jr.* and *Edmund Nelson* for petitioners.  *Harold W. Kennedy* for respondents.  Briefs of *amici curiae* supporting the petition were filed by *Solicitor General Perlman* for the United States, and *William L. Holloway* and *C. Coolidge Kreis* for the California Bankers Association.

No. 362.  SECURITY-FIRST NATIONAL BANK OF LOS ANGELES *v.* COUNTY OF LOS ANGELES ET AL.  Supreme Court of California.  Certiorari denied.  *W. Sumner Holbrook,*